**F I L E D**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

JAN 27 2025

JEFFREY P. COLWELL
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO

Civil Action No. _____24-cv-03564-RTG_____

(To be supplied by the court)

Matthew Blake Reed CDOC 184334
_____, Plaintiff

v.

**Jury Trial requested:**

(please check one)

___x_ Yes ____ No

____Colorado Department of Correctioins_____,

____Correctional Health Partners_____,

See Attached_____,

_____, Defendant(s).

*(List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.)*

# PRISONER COMPLAINT

| NOTICE |
| --- |
| Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.<br><br>**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.** |

## PLAINTIFF INFORMATION

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Matthew Blake Reed

CDOC  184334
CSP PO Box 777
Canon City, CO 81215

(Name, prisoner identification number, and complete mailing address)

(Other names by which you have been known)

Matt

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

_____ Pretrial detainee

_____ Civilly committed detainee

_____ Immigration detainee

__x__ Convicted and sentenced state prisoner

_____ Convicted and sentenced federal prisoner

_____ Other: (*Please explain*)

## B. DEFENDANT(S) INFORMATION

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1:    <u>Colorado  Departmet of Corrections 1250 Academy Loop Colorado Springs, CO 80910</u>
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  __x__ Yes ___ No (*check one*).  Briefly explain:

Defendant 1 is being sued in his/her ___ individual and/or __x__ official                    capacity.

Defendant 2: Correctional Health Partners
PO Box 241689
Apple Valley, MN 55124-1689

(Name, job title, and complete mailing address)
Healthcare providers for the Colorado State Penitentiary inmates.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _x_ Yes ___ No (*check one*).  Briefly explain:

Defendant 2 is being sued in his/her ___ individual and/or _x_ official capacity.

Defendant 3:          <u>See attached</u>
(Name, job title, and complete mailing address)

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law?  _x_ Yes ___ No (*check one*).  Briefly explain:

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

__x__    State/Local Official (42 U.S.C. § 1983)

_____ Federal Official

As to the federal official, are you seeking:

___ Money damages pursuant to *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971)

___ Declaratory/Injunctive relief pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1361, or 28 U.S.C. § 2201

_____ Other: (*please identify*)

## D. STATEMENT OF CLAIM(S)

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE:   <u>  See attached</u>

Claim one is asserted against these Defendant(s):

Supporting facts:

**E.    PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated?  ___ Yes  _x_ No (*check one*).

*If your answer is "Yes," complete this section of the form.  If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous*

*lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s):

Docket number and court:

Claims raised:

Disposition: (is the case still pending?

has it been dismissed?; was relief granted?)

Reasons for dismissal, if dismissed:

Result on appeal, if appealed:

## F.   ADMINISTRATIVE REMEDIES

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

 _x_ Yes ___ No (*check one*)


Did you exhaust administrative remedies?


___ Yes _x_ No (*check one*)


## G.    REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*


See attached

## H.    PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.


Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.


(Plaintiff's signature)


(Date)

01  24  25


(Revised November 2022)

# COMPLETE LIST OF RESPONDENT DEFENDANTS

DOC Employee, Contract Worker or Volunteer Reports Submitted:
1. Lieutenant Jeffrey Kessler
2. Lieutenant Riley Nagl
3. Lieutenant Jordan Powell
4. Lieutenant Adrianna Roundy
5. Sergeant Jordan Cruz
6. Sergeant Phillip Casarez
7. Sergeant Reid McGeehan
8. Sergeant Kelsey Miles
9. Sergeant Paul Wilson
10. Sergeant Christian Ceja-Segura
11. Sergeant Wendy Hatheway
12. Sergeant Scott Burnett
13. Officer Joshua Allen
14. Officer Fox Gordon-McAllister
15. Officer Tristyn Hauck
16. Officer Christopher Wilner
17. Officer Paul Moore
18. Officer Jesse Klyberg-Reeves
19. Officer Hunter Delay
20. Officer Devyn Montoya
21. Officer Michael Mondragon
22. Officer Jordan Mesa-Acosta
23. Officer Quinyela Lotches
24. Officer Joseph Regalado
25. Officer Joshua Kacerik
26. Officer Joshua Spangler
27. Officer Benjamin Padilla
28. Officer Lane Lanier
29. Officer Todd Rodgers
30. Nurse Carly Rey-Hayes
31. Nurse Mark Rudnik
32. Nurse Nida Bejeranolawson
33. Nurse Crystal Kammrad
34. Nurse Kendra Cypher

Individuals Interviewed:

A confidential list was generated by CSP Intel Staff and the Departments Unified Intelligence Team (UNIT). The findings and individuals interviewed can be reviewed in the Intelligence Assessment conducted by CSP Intel and UNIT. A copy has been attached to this review for archive and retention purposes.

**MBR Statement of Claim**

Claim 1

1. Regarding grievance procedures, I was repeatedly denied the grievance forms for informal or step 1 grievance proceedings. While at CSP segregation, for days, until my transfer to SCF, I had no access to any remedy opportunities at all; not grievance, not classification appeals, nothing. Upon transfer to SCF, it was the same and in some cases even more punitive but the Court need to know that I tried to do my job, but was denied regularly and cosistiently, and finally instructed by a SCF Lt. that "you don't need to file a grievance."

Claim 2

2. I was shot in the head while complying with directives from officers. As I was kneeling to be handcuffed, I was tased and shot in the head.
3. Officer Joshua Kacerik manned the tower which overlooks the unit and day hall where my fistfight occurred. Officer Kacerik witnessed the entire undertakings wherein I was compliant and non – physical (I do admit to using some – very little foul language with officers after being injured), in other words following orders and at no time disobeying a direct order to get on the ground and cuff up. I was tased and shot while complying with all directives.
4. I was falsely accused by the CSP warden of instigating a riot which I had nothing to do with – including no knowledge whatsoever of any pre – planned uprising.
5. I was falsely accused by top CODC executive headquarters management (Matthew Hansen – then Director of Prisons, the number 2 executive after the then executive director of CDOC) of same.

Claim 3

6. I have not received proper medical care for my wounds.
7. I have not received proper medical care for my internal injuries.
8. I have not received proper medical care for my mental health trauma.
9. I have not been allowed for private medical care to evaluate my injuries.

9a. I have been diagnosed with serious multiple injuries, illnesses, physical, and mental health deficiencies by CDOC providers.

9b. CSP and SCF medical providers have not provided the treatments, medications, specialists, and therapies which they know and admit to being required.

## Facts underlying my claims – IV. D

1. I was engaged in a common one on one fist fight with another inmate. Our dispute arose from the use of the phone that we all had to share. I stress that this was simply a personal disagreement which sometimes needs to be settled this way and once the fight is over, we are friendly again.

2. Officers arrived and immediately applied an outrageous amount of unnecessary force to "control" a situation. Again, I need to stress this point. By the time the officers rushed into our unit, our fight had ENDED! It was over, had been for several moments.

3. When I placed my hands into the air as we are supposed to do, I was told to "go to you knees" and "cuff up." I did exactly as I was ordered, and to be clear, I was ALREADY physically separated from the other individual who was fighting with me.

4. Then, I was shot 3 times. Two times in the body and finally in the head.

5. After being shot 3 times and fully complying with orders, I was tased without cause.

**Injuries suffered, V**

While there are other areas where I have discussed the effects of being shot, this is my basic representation.

1. I sustained serious life long, and possibly (not sure due to no specialist diagnosis) life threatening injuries, permanent disfigurement scarring, and sign neurological maladies. I was then put in an observation cell covered in urine and feces (prior resident(s)), where I waited for 11 hours before I was taken to the hole (segregation).

2. I suffered incredibly and was never offered any medical treatment whatsoever until the following day at about 1 am when I was finally taken to the local hospital.

# Photographs taken shortly after the excessive force assault – at medical department of CSP, Canon City









## G. Relief Requested and Calculation for Money Damages.

I humbly request the following:

1.  Immediate medical care – specifically the care of a neurologist specialist and/or a neuropsychological specialist, mental health therapist trained in brain injuries.
2.  Enforceable CDOCC and all prison facility management and healthcare providers to professionally follow – up with the diagnostic, care, and medical / mental health evaluations and procedures in a satisfactory manner.
3.  Court order for CDOC and Correctional Health Partners to allow the application of A.R. 700 – 21(b) to permit my family to secure private medical care, the providers of my choice for the duration of my acute medical needs.
4.  In the event my case proceeds to trial and I am awarded damages, order CDOC and CHP and /or individual defendants to pay damages to me in the amount of $525,000, with punitive damages left to the discretion and judgment of the Honorable Court.

Please refer to the G part 2 following for my relief calculations for money damages.

G part 2

## Relief calculation for money damages, VI

I am a 25-year-old young man. I am suffering multiple effects of my injuries which will require long term, perhaps life – long medical, neurological, neuropsychological, and mental health treatments.

I am serving a 17-year sentence pursuant to a plea agreement.

I am parole eligible in about 6 years.

Assuming that I am released upon parole eligibility, I will be about 31 or 32 years old.

If I live a normal mortality of 76 years or so, I will have about 44 or 45 years of treatments.

Medicaid and Obama care coverage will only cover a certain portion of treatments which I will require.

My annual non-covered medical and mental health needs are at least $15,000 per year in today's dollars.

I have attempted to conservatively estimate my needs at around $11,000 per year and to leave whatever else the Court thinks is appropriate up to the Court's judgment.

With regard to employment, unless a miracle happens I will not be employable anywhere near my pre injuries abilities. So I have to worry about this too. Somehow I will need replacement income but I don't know how to calculate this.

I also humbly trust the Honorable Court to provide any punitive damages it believes are appropriate especially as I had nothing to do with the riot uprising and how much suffering I have endured including incredible amounts of liberty interests lost forever. Further, it hurts so bad to hear the lies told about me by the warden, top CDOC management and then this

trickles down to prison facility staff and inmates which presents more problems, day to day, and for the remainder of my prison term.



Matthew Blake Reed, 184334
CSP PO Box 777
Canon City, CO 81215

**U.S. District Court**
District of Colorado
901 19th Street
Denver, CO 80294



Align top of FedEx Express® shipping label here.

Part # 156297-4  1/2/25

FedEx

SHIP DATE: 25JAN25
ACTWGT: 0.25 LB
CAD: 657/06SE/A03A42610

DENVER CO 80294

TUE - 28 JAN 5:00P
** 2DAY **

80294
CO - US    DEN

ORIGIN ID: BXKA (720) 530-7581
MATTHEW BLAKE REED, 184334
CSP PO BOX 777

CANON CITY, CO 81215
UNITED STATES US

TO  U.S. DISTRICT COURT
DISTRICT OF COLORADO
901 19TH STREET

DENVER CO 80294

REF:

TRK# 7716 7487 4221

SP FOLA

FedEx Express

earthsmart
FedEx carbon-neutral
envelope shipping

Scanned by
US Marshals

Extremely Urgent

**For FedEx Express® Shipments Only**

Contents should be compatible with the container and packed securely. For shipping terms and conditions and our limits of liability, refer to the applicable FedEx Express shipping document, the current FedEx Service Guide, or conditions of carriage.

For more information on FedEx Express services, solutions, and shipping locations, go to **fedex.com**, or contact your nearest FedEx location.

© 2013 FedEx 155477 REV 9/13

**Helping the environment.**

When you use envelopes that are part of our FedEx carbon-neutral envelope shipping program, you're helping support sustainable projects like wind farms and reforestation. Our investments in these projects help neutralize the carbon emitted when shipping, all at no extra cost to you. Now that's a breath of fresh air.

See how FedEx connects the world in responsible and resourceful ways at **earthsmart.fedex.com**. Join our efforts by recycling this envelope.

earth**smart**
FedEx carbon-neutral
envelope shipping

Scanned
US Marshal

**FedEx** Express ®